IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT PETERSON, an individual, and
MARIO MANGANIELLO, an individual,

    Plaintiffs,

  v.

AMERICAN GENERAL LIFE INSURANCE
COMPANIES, a Limited Liability Company,

    Defendant.
                                      /

No. C 10-00771 WHA

**ORDER TO SHOW CAUSE
AND VACATING HEARING**

On July 30, 2010, which is the deadline set forth in the case management order to seek leave to add any new parties or pleading amendments, plaintiffs filed a motion to add new parties and to file a first amended complaint (Dkt. No. 17). The hearing on the motion was properly noticed for September 9. Defendant, however, failed to file any opposition to the motion (or a statement of non-opposition) by August 19 as required by the local rules. As such, defendant is **ORDERED TO SHOW CAUSE** by **NOON ON THURSDAY, AUGUST 26** why plaintiffs' motion should not be granted. The hearing on the motion is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE