IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PETERSON, an individual, and MARIO MANGANIELLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANIES, a Limited Liability Company,<br><br>Defendant.<br>_____ / | No. C 10-00771 WHA<br><br>**REMINDER NOTICE REGARDING PRETRIAL CONFERENCE AND TRIAL** |

A bench trial is set to begin on March 28, 2011. A final pretrial conference is set for 8:00 a.m. on March 22. Pretrial filings were due one week before the pretrial conference; none was received. The parties are reminded that unless and until a dismissal is filed, counsel of record must comply with all case management deadlines and attend all scheduled hearings. The Court is considering dismissing this case for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 16, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE